473 A.2d 671

Commonwealth v. Sheaffer, Appellant.

Argued January 11, 1984. Smith Barton Gephart, for appellant; Floyd

Paul Jones, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, DEL SOLE and MONTEMURO, JJ.

Judgment of sentence vacated and case remanded for resentencing. Jurisdiction relinquished.

MONTEMURO, J., filed a memorandum concurring statement.